# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0095

VERSUS

ROBERT ANTOINE

**MARCH 2, 2021**

---

In Re:   Robert Antoine, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         Nos. DC-20-02901 & DC-20-02904.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

                    JMG
                    PMc
                    WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT